In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00459-CV
_____

HOUSTON CASUALTY COMPANY, ET AL, Appellants

V.

ANADARKO PETROLEUM CORPORATION AND ANADARKO E & P
COMPANY, L.P., Appellees

On Appeal from the 284th District Court
Montgomery County, Texas
Trial Cause No. 12-08-08760 CV

**ORDER**

On October 7, 2014, the trial court signed an interlocutory order, which identified a controlling question of law that may materially advance the ultimate termination of the litigation, and granted permission to appeal. *See* Tex. Civ. Prac. & Rem. Code Ann. § 51.014(d) (West Supp. 2014); *see also* Tex. R. Civ. P. 168. On October 21, 2014, Houston Casualty Company, Allianz Global Corporate & Specialty AG, Clearwater Insurance Company, Hudson Insurance Company, Lancashire Insurance Company (UK) Limited, Navigators Insurance Company,

1

and Underwriters at Lloyd's Syndicate Nos. 33, 457, 510, 609, 623, 958, 1036, 1084, 1183, 1919, 1209, 1221, 1225, 2003, 2007, 2121, 2623, 3000, 4020, 5000, filed a petition for permission to appeal from the interlocutory order. *See* Tex. R. App. P. 28.3(a). On October 31, 2014, Anadarko Petroleum Corporation and Anadarko E & P Company, L.P. filed a response and cross-petition for permissive appeal. *See* Tex. R. App. P. 28.3(f).

The Court grants the petition and the cross-petition for permissive appeal of the trial court's order of October 7, 2014. *See* Tex. R. App. P. 28.3(k). Notice of appeal is deemed filed as of the date of this Order. *See* Tex. R. App. P. 28.3(k). The record is due November 24, 2014. *See* Tex. R. App. P. 35.1(b). The brief of the appellants is due twenty days after the record is filed. *See* Tex. R. App. P. 38.6(a). The brief of the appellees and cross-appellants is due twenty days after the filing of the brief of the appellants. *See* Tex. R. App. P. 38.6(b). The reply brief and brief of the cross-appellees is due twenty days after the brief of the appellees and cross-appellants is filed. The Clerk of the Court shall file a copy of this Order with the trial court clerk. *See* Tex. R. App. P. 28.3(k).

ORDER ENTERED November 13, 2014.

PER CURIAM

Before McKeithen, C.J., Kreger and Horton, JJ.